John C. Rodgers, Appellant, *v.* The City of New York, Respondent.

*Rodgers* v. *City of New York*, 139 App. Div. 902, affirmed.
(Argued January 31, 1912; decided February 20, 1912.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 8, 1910, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover for an alleged breach of contract.

*Chase Mellen* for appellant.

*Archibald R. Watson, Corporation Counsel* (*Terence Farley* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.
Concur: Cullen, Ch. J., Gray, Werner, Willard Bartlett, Hiscock, Chase and Collin, JJ.

---

Lewis L. Forman, Appellant, *v.* Edward H. Bostwick, Respondent, Impleaded with Others.

*Forman* v. *Bostwick*, 143 App. Div. 971, affirmed.
(Argued January 31, 1912; decided February 20, 1912.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered April 6, 1911, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term, without a jury, in a taxpayer's action to obtain restitution to the city of Ithaca of money alleged to have been illegally paid on account of salary.

*William Nelson Noble* for appellant.

*Fordyce A. Cobb* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: Cullen, Ch. J., Gray, Werner, Willard Bartlett, Hiscock, Chase and Collin, JJ.